1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | • IN THE MATTER OF THE SEARCH        | CASE NO. 3:20-SW-00027-DMC |
   |   OF THE PERSON OF ERIC
12 |   MICHAEL SMITH                      | ORDER UNSEALING SEARCH WARRANT
                                            AND SEARCH WARRANT APPLICATION
13

20     Upon application by the United States of America and good cause having been shown, IT IS

21 HEREBY ORDERED that the search warrant, search warrant application, and related filings in the

22 above captioned matter shall be, and are, unsealed.

23

24 Dated: December 21, 2020

25

26                                      _____
27                                      DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE
28

[Proposed] Order Unsealing Search Warrant Package                    1